IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYWANDA DENT, Individually, and as Parent, Natural Guardian and Next Friend of Tynell Jimmerson, a Minor,<br><br>   Plaintiff,<br><br> vs.<br><br>UNITED STATES OF AMERICA, a Governmental Entity,<br><br>   Defendant. | **8:23CV66**<br><br>**ORDER** |

  The Court acknowledges the parties' stipulated dismissal of this suit, Filing No. 13, but notes an independent obligation to review proposed settlements or comprises of a minor's claims. *Clarke v. Burkle*, 570 F.2d 824 (8th Cir. 1978); *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011).  The parties shall please jointly apprise the Court of the circumstances underlying dismissal here by July 14, 2023.

  Dated this 7th day of July, 2023.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge